In the Matter of the Judicial Settlement of the Estate of ALICE GOOSSEN, Deceased. JAMES C. GOOSSEN, Executor, Appellant; HAROLD A. GOOSSEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion of the executor to dismiss the petition and also directs the executor to file his accounts.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

WILLIAM SDOIA, Respondent, v. THOMAS C. CAWLEY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal and for granting a new trial on the following grounds: (1) That the finding that defendant ever furnished the ladder to plaintiff is against the weight of the evidence. (2) That the plaintiff was an independent contractor and owed plaintiff only the duty not to furnish him a ladder known to defendant to be defective (it being a gratuitous bailment). (3) That there was error in the charge that defendant owed any higher duty. (The judgment is for plaintiff in a negligence action. The order denies defendant's motion to set aside the verdict and for a directed verdict.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOSEPHINE A. HARRINGTON, Appellant, v. ROBERT P. HARRINGTON, Respondent.— Judgment modified on the facts and as matter of discretion by providing that the plaintiff shall have the custody and control of the infant, Robert P. Harrington, Jr., with leave to apply to the Special Term for an order for maintenance of the infant, and as modified affirmed, without costs of this appeal to either party. Certain findings of fact and conclusions of law disapproved and reversed and new findings made. All concur. (The judgment dismisses the plaintiff's amended complaint, and awards defendant a decree of separation on his counterclaim, and awards custody of a child.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

RUTH L. GRAFF, an Infant, by FRANK C. GRAFF, Her Guardian ad Litem, Respondent, v. WILLIAM N. HIPP, Appellant, and WILLIAM J. SCHRAMM, Defendant. FRANK C. GRAFF, Plaintiff, v. WILLIAM N. HIPP and WILLIAM J. SCHRAMM, Defendants. HELEN MOELLER, Respondent, v. WILLIAM N. HIPP, Appellant, and WILLIAM J. SCHRAMM, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiffs Ruth Graff and Helen Moeller in consolidated automobile negligence actions. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER WALDMAN and JOHN O'NEIL, Appellants.— Judgments of conviction and order affirmed. All concur. (The judgment convicts defendants of the crime of aiding and abetting the concealment of stolen property. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.